**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

**COVER SHEET FOR AMENDMENTS**

**Case Name:** The Jammer Limited Liability Company     **Case No.:** 26-30523-jda

**DESCRIBE INFORMATION BEING AMENDED BY CHECKING APPLICABLE BOX(ES) BELOW:**

☐ **Amendment to Petition:**
    ☐ Name ☐ Debtor(s) Mailing Address ☐ Alias
    ☐ Signature ☐ Complying with Order Directing the Filing of Official Form(s)

☐ **Summary of Your Assets and Liabilities and Certain Statistical Information**

☐ **Statement of Financial Affairs**

☑ **Schedules and List of Creditors:**
    ☐ Schedule A/B
    ☐ Schedule C    ☐ Debtor 2 Schedule C
    ☑ List of Creditors ☐ Schedule D ☐ Schedule E/F and
        ☑ Add creditor(s), provide address of creditor already on the List of Creditors, change amount or classification of debt - **$34.00 Fee Required**, or
        ☐ Change address of a creditor already on the List of Creditors - **No Fee Required**
    ☐ Schedule G
    ☐ Schedule H
    ☐ Schedule I
    ☐ Schedule J
    ☐ Schedule J-2
    ☐ Declaration About an Individual Debtor's Schedules

**NOTE: Use Page 2 for any corrections or additions to the List of Creditors.**

**Additional Details of Amendment(s):** _____
_____
_____

| | |
|---|---|
| ➡ | **DECLARATION OF ATTORNEY: I declare that the above information contained on this cover sheet may be relied upon by the Clerk of the Court as a complete and accurate summary of the information contained in the documents attached.** |
| **Date**<br>**March 16, 2026** | **Signature**<br>**/s/ Edward J. Gudeman** |
| ➡ | **AFFIRMATION OF DEBTOR(S): I declare under penalty of perjury that I have read this cover sheet and the attached schedules, lists, statements, etc., and that they are true and correct to the best of my knowledge, information and belief.** |
| **Date**<br>**March 16, 2026** | **Signature**<br>**/s/ Richard LaFramboise** |

1

**CORRECTIONS TO THE LIST OF CREDITORS**

**Use this section to make corrections to the name(s) and address(es) of any creditor(s) listed on the current schedules and List of Creditors.**

**PREVIOUS NAME/ADDRESS OF CREDITOR:**          **PLEASE CHANGE TO:**

**ADDITIONS TO THE LIST OF CREDITORS**

**Use this section to identify creditors added to the schedules and List of Creditors.**

**NAME OF CREDITOR:**     FNBO

**ADDRESS:**          PO Box 2818
                     Omaha, NE 68103

**NAME OF CREDITOR:**

**ADDRESS:**

**NAME OF CREDITOR:**

**ADDRESS:**

*FOR ADDITIONAL CORRECTIONS/ADDITIONS, COPY THIS SHEET AND CONTINUE.*

2

U.S. Attorney
Atten: Civil Division
211 W. Fort Street
Suite 2001
Detroit, MI 48226-3220


U.S. Trustee
211 W. Fort Street
Room 743
Detroit, MI 48226-3269


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


Michigan Department of Treasury
Bankruptcy Unit
P.O. Box 30168
Lansing, MI 48909


Berkovitch & Bouskila, PLLC
1545 U.S. 202, Suite 101
Pomona, NY 10970


Blue Care Network


Blue Cross Blue Shield


Comcast Business
41112 Concept Drive
Plymouth, MI 48170


Comcast Business
PO Box 37601
Philadelphia, PA 19101


Delta Dental
PO Box 9085
Farmington, MI 48333

Delta Dental
PO Box 9089
Farmington, MI 48333


FNBO
PO Box 2818
Omaha, NE 68103


Jeffrey Pandolfe
c/o Sterling Attorneys at Law
Suite 250
Bloomfield Hills, MI 48304


Katie
16901 Harper Avenue
Detroit, MI 48224


Leaf Capital Funding, LLC
8100 Sandpiper Crcle
Suite 300
Baltimore, MD 21236


Lexington Boardwalk Marina LLC
5203 Main Street
Lexington, MI 48450


Lexington Boardwalk Marina LLC
1117 Griswold St.
Suite 1416
Detroit, MI 48226


Michigan Food Sales
16901 Harper Ave
Detroit, MI 48224


Northern Lakes Seafood & Meats
12301 Conant Street
Detroit, MI 48212


Richard LaFramboise
7384 Cedar Lane
Lexington, MI 48450

Samson MCA LLC
17 State Street Suite 630, New York, NY
New York, NY 10004


SBG Funding/Peac Solutions
300 Fellowship Road
Mount Laurel, NJ 08054


Spot On
100 California Street
Suite 900
San Francisco, CA 94111


Sterling Attorneys at Law, P.C.
33 Bloomfield Hills Parkway
Suite 250
Bloomfield Hills, MI 48304


Stripe
185 Berry Street
Suite 550
San Francisco, CA 94107


Supreme Court for the County of Erie
25 Delaware Avenue
Buffalo, NY 14202