UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN THE MATTER OF:

|  |  |
|---|---|
| The Jammer, LLC | Bankruptcy Case No. 26-30523 |
|  | Hon. Joel D. Applebaum |
|  | Chapter 11 |
| Debtor | *Subchapter V* |

## <u>ORDER GRANTING STIPULATION FOR ADEQUATE PROTECTION PAYMENTS TO LEAF CAPITAL FUNDING, LLC</u>

Upon the filing of the Stipulation for Adequate Protection Payments to LEAF Capital Funding, LLC, (DOCKET # 66)

IT IS HEREBY ORDERED AS FOLLOWS:

Debtor shall make adequate protection payments to Creditor in the amount of Six Hundred ($600.00) Dollars per month beginning on May 15, 2026, and continuing on the fifteenth (15th) day of each month thereafter until confirmation of the Chapter 11 Plan or until further order of the Court.

**Signed on May 8, 2026**



/s/ Joel D. Applebaum

**Joel D. Applebaum**
**United States Bankruptcy Judge**