**IN THE MATTER OF:**

The Jammer, LLC

Debtor

Bankruptcy Case No. 26-30523
Hon. Joel D. Applebaum
Chapter 11
*Subchapter V*

**ORDER CONFIRMING PLAN OF REORGANIZATION FOR DEBTOR
UNDER SUBCHAPTER V OF CHAPTER 11 OF
THE BANKRUPTCY CODE**

This case having come before the Bankruptcy Court on July 29, 2026 for a hearing on the confirmation of the Plan of Reorganization of The Jammer, LLC, [Docket No. 76] (the "Plan"); the Debtor seeks entry of this order (the "Confirmation Order"); due and appropriate notice under the circumstances having been given; all creditors and interested parties have had an opportunity to be heard; the Bankruptcy Court having considered the Plan and the record in this Chapter 11 case to date; due and sufficient factual and legal cause appearing therefore; it having been determined by this Court after proper notice that the requirements for confirmation set forth in 11 U.S.C. § 1191 have been satisfied; and the Court being otherwise fully advised in the premises;

NOW THEREFORE, IT IS HEREBY ORDERED:

1. The Plan, including all of its terms, provisions and exhibits which are incorporated herein by reference, is confirmed, subject to the modifications set forth below. Where inconsistent, this Confirmation Order supersedes the Plan.

2. All requirements for confirmation of the Plan under 11 U.S.C. 1191(b) and 1129 have been satisfied and the plan is being confirmed pursuant to 11 U.S.C.§ 1191(b).

3. The modifications contained in this Confirmation Order constitute modifications allowed pursuant to 11 U.S.C. § 1127 and do not adversely change the treatment of any Claim or Interest under the Plan. Accordingly, in accordance with Rule 3019 of the Federal Rules of Bankruptcy Procedure, the Plan is deemed accepted by all Creditors and Interest holders who have previously accepted the Plan, and it is not necessary for the Plan to be re-noticed to Creditors.

4. All payments made under the Plan shall be made by the Debtor in the intervals as set forth in the Plan, unless modified herein.

5. Lexington Boardwalk Marina is deemed to have and has voted to accept the Plan.

6. Jeffrey Pandolfe is deemed to have and has voted to accept the Plan.

7. Notwithstanding the closing of the case, the Subchapter V Trustee's duties shall not terminate until all payments due and owing under the plan are paid or further order of the Court. Upon the completion of all payments due under the Plan, the services and appointment of the Subchapter V Trustee terminate automatically and without further order of the Court.

8. No later than fourteen (14) days after the plan's substantial consummation, the Reorganized Debtor shall (i) file the notice required under 11 U.S.C. § 1183(c)(2). To confirm the Notice of Substantial Consummation, the Debtor must serve the Subchapter V Trustee with copies of all checks distributed in the initial distribution to Classes requested by the Subchapter V Trustee. The Subchapter V Trustee will not file the Notice of (Non) Distribution until after receipt and confirmation of the initial distribution checks for any Classes he requests to his satisfaction.

9. The Debtor, Reorganized Debtor, and Subchapter V Trustee are authorized to take or cause to be taken all actions necessary to implement and effectuate the provisions of the Plan.

10. Notwithstanding the fact that the Plan is being confirmed pursuant to 11 U.S.C. § 1191(b), the Reorganized Debtor shall be responsible for making or authorizing all payments under the Plan.

11. Notwithstanding the entry of this Order confirming the Plan, the Court shall retain jurisdiction of all matters arising out of and related to the Debtor's Chapter 11 Case and the Plan, including, but not limited to, jurisdiction to determine disputes arising in connection with the interpretation, implementation or enforcement of the Plan.

**Signed on July 21, 2026**



/s/ Joel D. Applebaum

**Joel D. Applebaum**
**United States Bankruptcy Judge**